**Leamon L. TATUM, Plaintiff— Appellant,**

v.

**CORRECTIONAL MEDICAL SERVICES, Defendant— Appellee,**

and

**Warden, Defendant.**

**No. 09–7964.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 31, 2010.

Decided: Sept. 13, 2010.

Leamon L. Tatum, Appellant Pro Se. Philip Melton Andrews, Ryan Alexander Mitchell, Kramon & Graham, PA, Baltimore, Maryland, for Appellee.

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leamon L. Tatum appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tatum v. Corr. Med. Services,* No. 1:09–cv–00875–WDQ, 2009 WL 3379547 (D.Md. Oct. 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*